

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-17-00035-CR |
| Appellant, § | | Appeal from the |
| v. § | | 243rd District Court |
| § | | |
| ERLINDA LUJAN, | | of El Paso County, Texas |
| § | | |
| Appellee. § | | (TC# 20160D05527) |
| § | | |

## **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 243rd District Court of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit 1A (DVD noted to be possession of District Clerk's Office), State's Exhibit 2A (DVD noted to be possession of District Clerk's Office), and State's Exhibit 3A (DVD noted to be possession of District Clerk's Office). The supplemental reporter's record is due in this Court on or before March 30, 2018.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.